David C. Wakefield, Esq.   Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.241.7112; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT McCARTHY**<br><br>        Plaintiff<br><br>v.<br><br>**WILKINSON FAMILY, LLC; DR. WILKINSON'S HOT SPRINGS, INC.**; and DOES 1 THROUGH 10, Inclusive<br><br><br>        Defendants | Case No.: 3:16-cv-02760-JCS<br><br>VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY REQUESTED by the Plaintiff ROBERT McCARTHY and/or through his attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants WILKINSON FAMILY, LLC; DR. WILKINSON'S HOT SPRINGS, INC. from Plaintiff's Complaint, Case Number 3:16-cv-02760-JCS. The parties herein reached settlement of the present action.

   Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety.

**IT IS SO REQUESTED.**

Dated:  __July 27, 2016__     **Law Offices of David C. Wakefield**
By: /s/DAVID C. WAKEFIELD, ESQ.
Attorney for Plaintiff